UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JUSTYN PATRICK COURSON,

        Plaintiff,

v.

        Case No. 3:22-cv-816-MMH-MCR

FLORIDA DEPARTMENT OF
CORRECTIONS,

        Defendant.

## ORDER

Plaintiff Justyn Patrick Courson, an inmate of the Florida penal system, initiated this action on July 28, 2022, by filing a pro se Complaint for Violation of Civil Rights (Complaint; Doc. 1).[1] He paid the $402 filing fee. In the Complaint, Courson names the Florida Department of Corrections (FDOC) as the Defendant. He asserts that he suffers with scoliosis and needs medical attention, including leg braces and/or spinal fusion surgery at an offsite hospital. Complaint at 13. According to Courson, he has requested leg braces, declared medical/psychological emergencies, and asked for sick-call visits and referrals at a variety of institutions over the years, specifically, Wakulla Correctional Institution (Wakulla CI) from September to December 2020,

---

[1] For all referenced documents, the Court cites to the document and page numbers as assigned by the Court's Electronic Case Filing System.

Columbia CI and Santa Rosa CI from February 2021 to December 2021, and Florida State Prison (FSP) from January 2022 through July 2022. Id. at 12-13. He states that employees at Wakulla CI, Columbia CI, Santa Rosa CI, and FSP denied his requests for proper medical treatment, and therefore, he continues to suffer with spinal ailments. Id. As relief, he wants (1) spinal fusion surgery; (2) "any scoliosis surgery" he chooses; (3) "full body bone reconstructive surgery" with donor bones; (4) cosmetic implants; augmentation; cyborg, computer, robotic transplants; organ transplants; or any surgery he wants; and (5) monetary damages, specifically "as much money as possible." Id. at 14. Additionally, he requests that the Court direct the FDOC to allow him to have "anything" he wants in prison at "anytime," including an unlimited selection of visitors, food, medical care, and temporary leave time. Id.

Courson has another presently pending, previously filed civil rights case in this Court. See Case No. 3:22-cv-749-BJD-JBT. In that case, he asserts similar claims against the FDOC regarding his scoliosis and asks for spinal fusion surgery as well as monetary damages. See id., Amended Complaint (Doc. 4), filed July 18, 2022. To preserve judicial resources and to avoid any confusion that may arise from Courson having two pending cases with similar claims spanning the same time periods at the same institutions, the Court will dismiss this case without prejudice to Courson's right to pursue his claims in

2

Case No. 3:22-cv-749-BJD-JBT, the earlier-filed case that is still pending in this Court. Additionally, the Court will direct the Clerk to return the $402 filing fee to Courson.

Accordingly, it is now

**ORDERED AND ADJUDGED**:

1. This case is **DISMISSED WITHOUT PREJUDICE.**

2. The Clerk of Court shall enter judgment dismissing this case without prejudice, terminating any pending motions, and closing the case.

3. The Clerk shall return the $402 filing fee to Courson.

**DONE AND ORDERED** at Jacksonville, Florida, this 17th day of August, 2022.

_____
MARCIA MORALES HOWARD
United States District Judge

Jax-1 8/17
c:
Justyn Patrick Courson, FDOC #J43079